JFM-04-3944

CLOSED, FILE_CREATED, SOH

# U.S. District Court
## Southern District of Illinois CM/ECF System (East St. Louis)
### CIVIL DOCKET FOR CASE #: 3:04-cv-00373-MJR

Woodbury v. Nationwide Life Insurance Company
Assigned to: Judge Michael J. Reagan
Referred to: Mag Judge Philip M. Frazier
Cause: 28:1441 Petition for Removal- Fraud

Date Filed: 06/01/2004
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

FILED   ENTERED
____ LODGED   RECEIVED
JAN - 3 2005
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**Plaintiff**

**Edmund Woodbury**     represented by   **Amelia F. Burroughs**
Lerach, Coughlin et al.
401 B Street
Suite 1700
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew S. Friedman**
Bonnett, Fairbourn et al.
Generally Admitted
2901 North Central
Suite 1000
Phoenix, AZ 85012
602-274-1100
Fax: 602-274-1199
Email: afriedman@bffb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eugene Y Barash**
Korein Tillery - St. Louis
Generally Admitted
701 Market Street
Suite 300
St. Louis, MO 63101
314-241-4844
Email: ebarash@koreintillery.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

CERTIFIED TRUE COPY
NORBERT G. JAWORSKI, CLERK
BY: _____ DEPUTY CLERK
DATE: 12/27/04

**Francis J. Balint, Jr.**
Bonnett, Fairbourn et al.
2901 North Central
Suite 1000
Phoenix, AZ 85012
602-274-1100
Email: fbalint@bffb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George A. Zelcs**
Korein Tillery - Chicago
Generally Admitted
70 West Madison Street
Suite 660, 3 First National Plaza
Chicago, IL 60602
312-641-9750
Fax: 312-641-9751
Email: gzelcs@koreintillery.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Stoia, Jr.**
Lerach, Coughlin et al.
Generally Admitted
401 B Street
Suite 1700
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
Email: johns@lerachlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. King**
Swedlow & King - Chicago
Generally Admitted
70 West Madison Street
Suite 660, Three First National Plaza
Chicago, IL 60602
314-621-4002
Fax: 314-621-2586
Email: robertlking@charter.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Tillery**
Korein Tillery - Swansea

Generally Admitted
10 Executive Woods Court
Swansea, IL 62226-2030
618-277-1180
Email: stillery@koreintillery.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
Lerach, Coughlin et al.
401 B Street
Suite 1700
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Doyle, II**
Lerach, Coughlin et al.
401 B Street
Suite 1700
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Nationwide Life Insurance Company       represented by   Andrew R. Varcoe
Wilmer, Cutler et al.
2445 M Street, N.W.
Washington, DC 20037
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles C. Platt**
Wilmer, Cutler et al.
2445 M Street, N.W.
Washington, DC 20037
202-663-6000
Fax: 202-663-6363
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Eric J. Mogilnicki
Wilmer, Cutler et al.
2445 M Street, N.W.
Washington, DC 20037
202-663-6000
Fax: 202-663-6363
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Gordon Pearson
Wilmer, Cutler et al.
2445 M Street, N.W.
Washington, DC 20037
202-663-6000
Fax: 202-663-6363
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Larry E. Hepler
Burroughs, Hepler et al.
Generally Admitted
103 West Vandalia Street
Suite 300, P.O. Box 510
Edwardsville, IL 62025-0510
618-656-0184
Email: leh@ilmolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Shoshana L. Gillers
WILMER CUTLER
399 Park Avenue
New York, NY 10022
212-230-8800
Fax: 212-230-8888
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

W. Jason Rankin
Burroughs, Hepler et al.
Generally Admitted
103 West Vandalia Street
Suite 300, P.O. Box 510
Edwardsville, IL 62025-0510
618-656-0184
Email: wjr@ilmolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/01/2004 | 1 | NOTICE OF REMOVAL by Nationwide Life Insurance Company from Madison County State Court, case number 04-L-369. ( Filing fee $ 150.00, receipt # 300 97685 ) (Attachments: # 1 Civil Cover Sheet)(trb, ) (Entered: 06/02/2004) |
| 06/01/2004 | 2 | COMPLAINT (copy of) against Nationwide Life Insurance Company , filed by Edmund Woodbury.(trb, ) (Entered: 06/02/2004) |
| 06/02/2004 | 3 | NOTICE by Nationwide Life Insurance Company re 1 Notice of Removal *Acknowledgement of Filing with State Court* (Rankin, W.) (Entered: 06/02/2004) |
| 06/02/2004 | 4 | MOTION for Extension of Time to File Answer re 2 Complaint by Nationwide Life Insurance Company. (Rankin, W.) (Entered: 06/02/2004) |
| 06/02/2004 | 5 | DISCLOSURE OF INTERESTED PARTIES *Rule 7.1 Disclosure Statement* by Nationwide Life Insurance Company.(Rankin, W.) (Entered: 06/02/2004) |
| 06/03/2004 | 6 | Letter for PHV sent to attorneys Charles Platt, Eric Mogilnicki, Gordon Pearson and Andrew Varcoe. (trb, ) (Entered: 06/03/2004) |
| 06/03/2004 | 7 | Letter for PHV sent to attorneys Timothy Blood, Amelia Burroughs, William Doyle and John Stoia. (trb, ) (Entered: 06/03/2004) |
| 06/03/2004 | 8 | Letter for PHV sent to attorney Francis Balint. (trb, ) (Entered: 06/03/2004) |
| 06/03/2004 | 9 | Letter advising all parties of removal and case number assigned. (trb, ) (Entered: 06/03/2004) |
| 06/04/2004 | 10 | ORDER: Removed on 6/1/04 by Defendant Nationwide Life Ins. Co., this putative class action comes now before the Court for threshold review. Nationwide asserts that this Court may exercise subject matter jurisdition under both the diversity statute and the federal question statute. The Court DIRECTS Plaintiff Woodbury to file a Jurisdictional Memorandum (no longer than 15 pages) responding to the allegations contained in the removal notice by June 28, 2004. (Alternatively, Woodbury may present his jurisdictional arguments in a remand motion filed by June 28, 2004.) Nationwide must either reply to the jurisdictional memo or respond to the remand motion by July 12, 2004. Signed by Judge Michael J. Reagan on 6/4/04. (soh) (Entered: 06/04/2004) |
| 06/04/2004 |  | Set/Reset Deadlines: Action due by 7/12/2004. Jurisdictional Memorandum or Motion to Remand due from plaintiff by 6/28/04. Response by defendant due 7/12/04. (dmw) (Entered: 06/07/2004) |
| 06/17/2004 | 11 | ENTRY STRICKEN - STIPULATION re 2 Complaint *Joint Stipulation to Extend Time to Answer* by Nationwide Life Insurance Company, |

| | | |
|---|---|---|
| | | Edmund Woodbury. (Rankin, W.) Modified on 6/18/2004 (tjh). (Entered: 06/17/2004) |
| 06/17/2004 | 12 | Motion and Order to Appear Pro Hac Vice granting appearance of Attorney Andrew R. Varcoe for Nationwide Life Insurance Company; $100.00 fee paid, receipt number 300 98007 (jmp) (Entered: 06/17/2004) |
| 06/17/2004 | 13 | Motion and Order to Appear Pro Hac Vice granting appearance of Attorney Charles C. Platt for Nationwide Life Insurance Company; $100.00 fee paid, receipt number 300 98007 (jmp) (Entered: 06/17/2004) |
| 06/18/2004 | 14 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 11 Stipulation filed by Nationwide Life Insurance Company, Edmund Woodbury. See attached document for specifics (tjh) (Entered: 06/18/2004) |
| 06/18/2004 | 15 | MOTION for Extension of Time to File Answer re 2 Complaint by Nationwide Life Insurance Company. (Rankin, W.) (Entered: 06/18/2004) |
| 06/21/2004 | 16 | ORDER OF RECUSAL. Judge Gerald B. Cohn recused. Case reassigned to Judge Clifford J. Proud for all further full pretrial proceedings. Signed by Judge Gerald B. Cohn on 6/4/04. (jms) (Entered: 06/21/2004) |
| 06/22/2004 | 18 | Motion and Order to Appear Pro Hac Vice granting appearance of Attorney Eric J. Mogilnicki for Nationwide Life Insurance Company. $100.00 fee paid,receipt number 300 98150 (tjh) (Entered: 06/25/2004) |
| 06/23/2004 | 17 | ORDER Granting re 15 MOTION for Extension of Time to File Answer re 2 Complaint filed by Nationwide Life Insurance Company, and 4 MOTION for Extension of Time to File Answer re 2 Complaint filed by Nationwide Life Insurance Company. Defendant shall file its responsive pleading within 10 days of the date on which the Court enters an order determining whether this case should be remanded. Signed by Judge Clifford J. Proud on 6/23/04. (amv) (Entered: 06/23/2004) |
| 06/28/2004 | 19 | MOTION to Remand by Edmund Woodbury. (Barash, Eugene) (Entered: 06/28/2004) |
| 06/28/2004 | 20 | MEMORANDUM in Support re 19 MOTION to Remand filed by Edmund Woodbury. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit)(Barash, Eugene) (Entered: 06/28/2004) |
| 07/12/2004 | 21 | RESPONSE to 19 Motion to Remand filed by Nationwide Life Insurance Company. (Rankin, W.) (Entered: 07/12/2004) |
| 07/12/2004 | 22 | MOTION to Stay by Nationwide Life Insurance Company. (Attachments: # 1 Exhibit 1 and 2 to Motion for Stay# 2 Exhibit 3, 4 and 5 to Motion for Stay# 3 Exhibit Exhibitsd 6, 7, 8 and 9 to Motion for Stay# 4 Exhibit Exhibits 10 and 11 to Motion for Stay)(Rankin, W.) (Entered: 07/12/2004) |

| | | |
|---|---|---|
| 07/28/2004 | 23 | MOTION Expedited Consideration of Motion to Remand for Lack of Subject Matter Jurisdiction re 19 MOTION to Remand by Edmund Woodbury. (Barash, Eugene) (Entered: 07/28/2004) |
| 07/28/2004 | 24 | MEMORANDUM in Support re 23 MOTION Expedited Consideration of Motion to Remand for Lack of Subject Matter Jurisdiction re 19 MOTION to Remand filed by Edmund Woodbury. (Attachments: # 1 Exhibit)(Barash, Eugene)Received Attachments in Clerks Office on 7/28/2004 (trb, ). (Entered: 07/28/2004) |
| 07/28/2004 | 25 | Supplement (NOTICE) by Nationwide Life Insurance Company in support of 21 Response *Supplemental Authority* to 19 motion to remand (Attachments: # 1 Exhibit A)(Rankin, W.) Received Exhibit A in Clerk's Office on 7/28/2004 (trb). Modified on 7/30/2004 (tjh). (Entered: 07/28/2004) |
| 07/30/2004 | 26 | NOTICE OF ERRORS AND/OR DEFICIENCIES re 25 Notice (Other) filed by Nationwide Life Insurance Company. See attached document for specifics (tjh) (Entered: 07/30/2004) |
| 07/30/2004 | 27 | ORDER STAYING CASE: Denying 23 MOTION for Expedited Consideration of Motion to Remand for Lack of Subject Matter Jurisdiction re 19 MOTION to Remand filed by Edmund Woodbury. Granting in part 22 MOTION to Stay filed by Nationwide Life Insurance Company pending a determination from the Seventh Circuit in Kircher. Counsel for Nationwide is to submit a status report by 9/8/2004. Signed by Judge Michael J. Reagan on 7/30/04. (acm ) (Entered: 07/30/2004) |
| 08/03/2004 | 28 | Motion and Order to Appear Pro Hac Vice granting appearance of Attorney Shoshana L. Gillers for Nationwide Life Insurance Company. $100.00 fee paid, receipt number 300 98981 (jmp) (Entered: 08/05/2004) |
| 09/08/2004 | 29 | STATUS REPORT by Nationwide Life Insurance Company. (Rankin, W.) (Entered: 09/08/2004) |
| 10/20/2004 | 30 | STATUS REPORT by Nationwide Life Insurance Company. (Rankin, W.) (Entered: 10/20/2004) |
| 12/01/2004 | 31 | STATUS REPORT by Nationwide Life Insurance Company. (Rankin, W.) (Entered: 12/01/2004) |
| 12/17/2004 | 32 | ADMINISTRATIVE ORDER #76 REASSIGNING magistrate judge assignment to Judge Philip M. Frazier. Judge Clifford J. Proud no longer assigned to case (myz ) (Entered: 12/17/2004) |
| 12/23/2004 | 33 | ORDER TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to District of Maryland.. (tjh) (Entered: 12/27/2004) |