IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EDMUND WOODBURY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 04-MD-15863-JFM<br>04-CV-03944-JFM |

## NATIONWIDE LIFE INSURANCE COMPANY'S
## MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant Nationwide Life Insurance Company ("Nationwide") moves to dismiss Plaintiff Edmund Woodbury's First Amended Complaint with prejudice on the grounds set forth below and explained in detail in the accompanying memorandum of law:

*First*, the Securities Litigation Uniform Standards Act of 1998, 15 U.S.C. §§ 77p & 78bb(f), preempts Plaintiff's state law claim.

*Second*, Plaintiff does not have standing to bring a mismanagement claim.

*Third*, the National Securities Markets Improvement Act of 1996 ("NSMIA") (codified in part at 15 U.S.C. § 77r) bars Plaintiff's state law claim on the basis of its express preemption clause and because such state law claims are contrary to NSMIA's purposes.

*Fourth,* Plaintiff's state law claim is invalid under the Commerce Clause, U.S. Const. art. I, § 8, cl. 3.

WHEREFORE, Nationwide requests:

1. That the Woodbury amended complaint be dismissed with prejudice and without leave to replead;

2.         Entry of judgment on Nationwide's behalf;

3.         Oral argument; and

4.         Such other and further relief as the Court deems just and proper.

        Respectfully submitted,

Dated: June 24, 2005          /s/ Eric J. Mogilnicki
Eric J. Mogilnicki
Gordon Pearson
2445 M Street NW
Washington, DC 20037
(202) 663-6000
(202) 663-6363

Charles C. Platt
Shoshana L. Gillers
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800
(212) 230-8888

*Attorneys for Defendant Nationwide Life Insurance Company*