UNITED STATE DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | ) ) ) | MDL 1586 |
| IN RE ALGER, COLUMBIA, JANUS, MFS, ONE GROUP, PUTNAM, and ALLIANZ DRESDNER | ) ) ) ) | Track No. 04-MD-15863 (Judge J. Frederick Motz) |
| EDMUND WOODBURY, individually and on behalf of all others similarly situated, Plaintiff, vs. NATIONWIDE LIFE INSURANCE COMPANY, Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 04-CV-03944-JFM |

**NOTICE OF APPEAL**

Notice is hereby given that Edmund Woodbury, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the order and judgment entered on the 1st day of June, 2006.

   s/ Robert L. King
Robert L. King #86845
701 Market Street, Suite 350
St. Louis, MO 63101
Phone: (314) 621-4002
Fax: (314) 621-2586
E-mail: king@swedlowking.com

## CERTIFICATE OF SERVICE

The undersigned certifies that service of the foregoing document was made by means of the Notice of Electronic Filing on June 30, 2006 to the following counsel of record:

**Charles Collier Platt**
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Ave
New York, NY 10022
Email: charles.platt@wilmerhale.com

**Shoshana Leah Gillers**
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Ave
New York, NY 10022
Email: shoshana.gillers@wilmerhale.com

**Eric Jon Mogilnicki**
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M St NW
Washington, DC 20037
Email: eric.mogilnicki@wilmerhale.com

                                                        s/ Robert L. King
                                                        Robert L. King